UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DENISE BAKER,
*on behalf of herself and all other similarly situated consumers,*

                          Plaintiff,

-v-

SYNERGETIC COMMUNICATION INC.,

                          Defendant.

No. 17-cv-1698 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

      The Court is in receipt of a letter from Plaintiff informing the Court that the parties have reached a settlement. (Doc. No. 12.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within forty-five days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     May 26, 2017
               New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE